**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER PENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 05 C 3571 |
| A & C LANDSCAPING, INC., an ) | |
| Illinois corporation; EARTH, INC., an ) | |
| Illinois corporation; THOMAS KANZLER, ) | |
| individually; GEORGE KANZLER, ) | |
| individually; JAMES SNYDER, ) | |
| individually; and BRUCE LARSON, ) | |
| individually, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO COMPEL HEARING ON DEFENDANTS' OBJECTONS**

Now Come the Defendants, A&C LANDSCAPING, INC., an Illinois corporation; EARTH, INC., an Illinois corporation; THOMAS KANZLER, an individual; GEORGE KANZLER, an individual; JAMES SNYDER, an individual; and BRUCE LARSON, an individual, by and through their Attorney, THOMAS LAZ, and in support of their First Amended Motion to Dismiss, state as follows:

1. Federal Rule of Civil Procedure Rule 34 allows for a party, with respect to any request for production of documents to object to production specifically stating reason for such objection.

2. All Defendants have joined in filing timely objections to document requests by the Plaintiff. The Objections filed by the Defendants are attached as Exhibit "A".

3. Though it is the party who has propounded the production request, (in this case the Plaintiff) pursuant to Rule 34, to bring formally to the court's attention for hearing and ruling,

the objections filed by the opposing party, (in this case the Defendants) the Plaintiff has chosen not to bring for hearing the Defendants' objections.

4. However, without first having a proper hearing on the Defendants' objections and ruling on the propriety of those objections, the court ordered on April 27, 2007, that the Defendants had to comply with discovery requests. The matters that the Defendants were ordered to produce to the Plaintiff were the subject of the objections that were made by the Defendants.

5. Before the issue of further discovery compliance is brought to this court's attention by the Plaintiff, the Defendants have the right to first have their objections ruled upon by this court.

6. Further, if the court rules in favor of the Defendants as to objections of documents that the Defendants were ordered by the court to produce, it is incumbent on the court, pursuant to Rule 26{c}, to enter a protective order that would bar the Plaintiff from using any of the documents that were already tendered.

WHEREFORE, the Defendants, A&C LANDSCAPING, INC., EARTH, INC., THOMAS KANZLER, GEORGE KANZLER, JAMES SNYDER, and BRUCE LARSON, and each of them, pray the court enter an order:

> A. Setting a hearing date on Defendants' Objections to Plaintiff's production request.
>
> B. If the court grants the objections as to documents already produced,
> To bar the Plaintiff from the use of or introduction of such documents at trial or use in discovery.

C. For any further relief deemed just.

Respectfully submitted,

By:_____
      Thomas J. Laz

Thomas J. Laz. Esq.
600 S. Washington Street
Suite 301
Naperville, Il. 60540
(630) 717-7555
Atty No. 1597388

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER PENA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 05 C 3571 |
| A & C LANDSCAPING, INC., an | ) |
| Illinois corporation; EARTH, INC., an | ) |
| Illinois corporation; THOMAS KANZLER, | ) |
| individually; GEORGE KANZLER, | ) |
| individually; JAMES SNYDER, | ) |
| individually; and BRUCE LARSON, | ) |
| individually, | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO PLAINTIFF'S DOCUMENT REQUEST TO DEFENDANTS**

  Now Come the Defendants, A&C LANDSCAPING, INC., an Illinois corporation; EARTH, INC., an Illinois corporation; THOMAS KANZLER, an individual; GEORGE KANZLER, an individual; JAMES SNYDER, an individual; and BRUCE LARSON, an individual, by and through their Attorney, THOMAS LAZ, and in response to the Notice to Produce propounded by the Plaintiff Pursuant to Rule 34, states as follows:

1. Defendants object as to Production Request No. 1 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduely burdensome on the Defendants.

2. Defendants object as to Production Request No. 2 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

3. Defendants object to Production Request No. 3 in that the request violates rule 34 in that rule 34 states that that a production requests shall describe each item with reasonable particularity. Furthermore, the request is vague and unduly burdensome.

4. As to Production Request No. 4. Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

5. Defendants object as to Production Request No. 5 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

6. Defendants object as to Production Request No. 6 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

7. Defendants object as to Production Request No. 7 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

8. Defendants object as to Production Request No. 8 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

9. Defendants object as to Production Request No. 9 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

10. Defendants object as to Production Request No. 10 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

11. Defendants object as to Production Request No. 11 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

12. Defendants object as to Production Request No. 12 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

13. Defendants object as to Production Request No. 13 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

14. Defendants object as to Production Request No. 14 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

15. Defendants object as to Production Request No. 15 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

16. Defendants object as to Production Request No. 16 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

17. Documents pursuant to Production Request No. 17 produced.

18. Documents pursuant to Production Request No. 18 produced.

19. Defendants object as to Production Request No. 19 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

20. Defendants object as to Production Request No. 20 in that the request is not material to any issue raised raised by the Pleadings, and is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings.

21. As to Production Request No.21, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

22. As to Production Request No. 22, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

23. As to Production Request No.23, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

24. Defendants object to Production Request No. 24 in that the request violates rule 34 in that rule 34 states that that a production requests shall describe each item with reasonable particularity. Furthermore, the request is vague and unduly burdensome.

25. As to Production Request No.25, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

26. Defendants object to Production Request No. 26 in that the request violates rule 34 in that rule 34 states that that a production requests shall describe each item with reasonable particularity. Furthermore, the request is vague and unduly burdensome.

27. As to Production Request No.27, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

28. As to Production Request No.28, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

29. As to Production Request No.29, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

29.(Second 29) As to Production Request No.29, (Second 29) Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

30. Defendants object to Production Request No. 30, in that the request violates rule 34 in that rule 34 states that that a production requests shall describe each item with reasonable particularity. Furthermore, the request is vague and unduly burdensome.

31. Defendants object as to Production Request No. 31 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

32. Defendants object as to Production Request No. 32 in that the request is not material to any issue raised raised by the Pleadings, is not relevant, is not calculated to lead to relevance as to the issues raised in the pleadings, is overbroad as to the issues raised in the pleadings, as to the time period requested and is unduly burdensome on the Defendants.

35. Defendants object to Production Request No. 35, in that the request violates rule 34 in that rule 34 states that that a production requests shall describe each item with reasonable particularity. Furthermore, the request is vague and unduly burdensome.

36. As to Production Request No.36, Defendants state that there are no such documents are found to be presently in Defendants' possession or control. Investigation continues.

                                                By:_____
                                                       Thomas J. Laz

Thomas J. Laz. Esq.
600 S. Washington Street
Suite 301
Naperville, Il. 60540
(630) 717-7555
Atty No. 1597388                     Exhibit "A"