IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER PENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   05 C 3571 |
| | ) | |
| A & C LANDSCAPING, INC., an | ) | |
| Illinois Corporation; EARTH, INC, | ) | |
| an Illinois Corporation; | ) | |
| THOMAS KANZLER, individually; | ) | |
| GEORGE KANZLER, individually; | ) | |
| JAMES SNYDER, individually, and | ) | |
| BRUCE LARSON, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGEMENT

**NOW COMES** the Plaintiff, Peter Pena (hereinafter "Plaintiff"), by and through his attorneys, The Thollander Law Firm, Ltd., and respectfully requests that this Court enter Judgment in the amount of $18,045.13 against A & C LANDSCAPING, INC.  In support hereof Plaintiff states as follows:

1.On March 23, 2008, this Honorable Court entered an Order granting Summary Judgment in Plaintiff's favor pursuant to Count IV of Plaintiff's Complaint.  In its decision, the Court recognized that the Defendant unlawfully withheld $3,525.00 from Plaintiff's wages and similarly awarded attorney's fees.  Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment outlined legal fees of $14,520.13.

2.As the Court entered Summary Judgment in favor of Plaintiff under Count IV, Plaintiff moves for an Order and corresponding judgment in the amount of $18,045.13.

3.Given the injury sustained to the Plaintiff (unlawful withholding of wages) and the continued injury each day Defendant A & C Landscaping, Inc. inflicts upon Plaintiff by its

1

failure to wage earned wages, it would be unjust to delay the entry of an Order and corresponding judgment for the amount determined to be due and owing Plaintiff. Similarly, to delay an award and the opportunity to collect thereupon, the intent and purpose behind the Illinois Wage Payment Act (820 ILCS 115/9) would be circumvented and affirmatively thwarted. Justice and equity command the entry of an Order and judgment against Defendant A & C Landscaping, Inc.

**WHEREFORE**, the Plaintiff, Peter Pena respectively requests that this Honorable Court grant his Motion, entering an award and judgment of $18,045.13 against Defendant A & C Landscaping, Inc and in favor of the Plaintiff.

*Respectfully submitted,*

Peter Pena

By:  /s/ David C. Thollander
        One of his Attorneys

The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
Fax: (630) 971-9240 (Fax service expressly declined)
ARDC Number 6202012