IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER PENA,                                   )
                                              )
                Plaintiff,                    )
                                              )
        vs.                                   )
                                              )     Case No. 05 C 3571
A & C LANDSCAPING, INC., an                   )
Illinois corporation; EARTH, INC., an         )
Illinois corporation; THOMAS KANZLER,         )
individually; GEORGE KANZLER,                 )
individually; JAMES SNIDER,                   )
individually; and BRUCE LARSON,               )
individually,                                 )
                                              )
                Defendants.                   )

## MOTION TO RECONSIDER

NOW COMES a Defendant, A&C LANDSCAPING, INC., an Illinois
corporation, by and through its Attorney, THOMAS LAZ, and for its Motion to
Reconsider the awarding of fees and costs as to Count IV, states as follows:

## INTRODUCTION

On January 5, 2008, the Plaintiff, PETER PENA (hereinafter "PENA"), filed his
motion for partial summary judgment and attendant memorandum, as to Count IV of the
Complaint. The parties briefed the motion and this Court entered an Order granting
PENA partial summary judgment, as to Count IV, for the substantive claims. The Court
did not, at that time, rule on PENA's request for attorney's fees. On March 31, 2009, this
Court granted judgment in favor of PENA and against the Defendant, A&C
LANDSCAPING, INC. (hereinafter "A&C") as to attorney's fees (and costs), on Count
IV, in the amount of $14,520.13. This is A&C's motion to reconsider the amount of the
Court's award of attorney's fees and costs.

## FACTS

Count IV of the Complaint is a statutory cause of action under the Illinois Wage
Payment Act, 820 ILCS §115/1 et seq. This Court determined, by granting PENA's
motion, that A&C violated that Act by its deduction of $100.00 per paycheck of PENA,
without his authorization or consent, thereby violating §115/9. PENA also sought

1

reasonable attorney's fees, in Count IV. pursuant to 705 ILCS §225/1. The fees sought were premised upon the affidavit of PENA's counsel, David Thollander (and/or his staff), which was appended to his original motion as Exhibit J, a copy of which is attached hereto and made a part hereof. A review of the pleadings (and Exhibit J) reveals that the fees requested (and this Court's granting thereof) were premised on Thollander's affidavit, which states, in relevant part:

> "...prosecuting the present matter against the Defendants. Ms. Burda's present hourly rate is $175.00 and David C. Thollander's present hourly rate is $250.00. In the past, Mr. Thollander's hourly rate was $200.00 and $225.00. Of those hours expended, 57.525 hours (applicable hours for the entire matter divided by 4, plus hours specifically dedicated to Count IV) were specifically dedicated to pursuing collection under Count IV. Said hourly rate and time spent were reasonable."

The total <u>fees</u> sought in the affidavit were $11,959.00 as per Exhibit J, paragraph 8. In addition, Thollander requested costs of $2,561.13, broken down in paragraph 9, as follows:

> "9.     In addition to the above, Plaintiff has incurred costs of $2,561.13 representing the following:

| | |
|---|---|
| Filing Fees | $250.00 |
| Deposition transcripts and fees | $1,174.50 |
| Travel expenses | $601.63 |
| Misc. (duplication & clerk fees | $535.00 |
| Fed. Express charges, on-line research charges, etc.)" | |

The combined amounts in Thollander's exhibit, paragraphs 8 and 9, constitute the amount of the award/judgment entered by this Court on March 31, 2009 (or $14,520.13).

## ARGUMENT

## I.     MOTIONS TO RECONSIDER

### A.     STATUTE
(735 ILCS §5/2-1203 (from Ch. 110, para. 2-1203)
Sec. 2-1203. Motions after judgment in non-jury cases.
(a) In all cases tried without a jury, any party may, within 30 days after the entry of the judgment or within any further time the court may allow within the 30 days or any extensions thereof, file a motion for a rehearing, or a retrial, or

2

modification of the judgment or to vacate the
judgment or for other relief.

(b) A motion filed in apt time stays enforcement of
the judgment.

## B.   LAW

### 1.   Standards of a Motion to Reconsider

The purpose of a motion to reconsider is to bring to the court's
attention (a) newly discovered evidence which was not available at the time of the initial
hearing, (b) changes in the law, or (c) errors in the court's previous application of
existing law.  Sacramento Crushing Corporation v. Correct/All Server, Inc., 318
Ill.App.3d 571, 577.  742 N.E.2d 829, 835 (1st Dist. 2000), *rehearing denied* (2001);
Woolums v. Huss, 323 Ill.App.3d 628, 639-40, 735 N.E.2d 1219, 1229 (4th Dist. 2001),
*rehearing denied* (2001).  The purpose of such a motion "is not to reiterate arguments
already made, nor to add new evidence that could have been produced earlier."  Woolums
v. Huss, supra at 323, Ill.App.3d at 640, 742 N.E.2d at 1230.

Motions for reconsideration are intended "to bring the court's attention to newly
discovered evidence, changes in the law, or errors in the court's previous application of
existing law."  Landeros v. Equity Property and Development, 321 Ill.App.3d 57, 65, 747
N.E.2d 391, 399 (1st Dist. 2001).  See also, e.g., Continental Gas Co. V. Security Ins. Co.
of Hartford, 279 Ill.App.3d 815, 821, 665 N.E.2d 374, 377 (1st Dist. 1996) (reciting
accepted standard).  Plaintiffs' motion rests on the grounds that the Court misapplied the
law as it relates to the facts of this cause.  A motion for reconsideration that "merely
reiterate[s] . . . earlier arguments before the court" must be denied.  Farley Metals. Inc. v.
Barber Coleman Co., 269 Ill.App.3d 1204, 116, 645 N.E.2d 964, 972 (1st Dist. 1994).

### 2.   New Evidence

Where a motion to reconsider purports to present new evidence, the
Illinois Supreme Court has made it clear that such new evidence should not be allowed in
the absence of a reasonable explanation of why it was not available at the time of the
original hearing.  In the absence of any such valid explanation of why it was not available
at the time of the original hearing, there [is] no reason to change the ruling.  Delgatto v.
Brandon Associates, Ltd., 131 Ill.2d 183, 195, 545 N.E.2d 689, 695 (1989) (brackets
added; citations omitted); Landeros v. Equity Property and Development, 321 Ill.App.2d
57, 66, 747 N.E.2d 391, 400 (1st Dist. 2001), *rehearing denied* (2001).

## C.   ARGUMENT

In reviewing both the pleading(s) filed by Attorney Thollander, and the
Court's decision, it is clear to A&C that there are definitive errors in the Court's ruling(s)
as to the award of fees and costs.  Initially, it is simple to assert that the Court awarded
PENA 100% of its claimed costs, which seemingly included all of his filing fees,

3

deposition costs, and miscellaneous travel expenses. Why? Should it not have been 25% of these costs, at most, since this was only one of four Counts pled? Further, where does it suggest in any statute that travel expenses or the miscellaneous charges should be entertained as appropriately due costs, to be assessed by the Court? A&C has no knowledge of what those costs constitute, nor why they are being fully awarded (rather than 25%). That portion of the Court's ruling has clearly been decided without an adequate analytical process.

Secondly, A&C questions the efficacy of the determination(s) of attorney's fees. There is absolutely nothing in **Exhibit J** (Thollander fees exhibit attached to the original motion and attached hereto) that earmarks what fees, if any, are being attributed to the services rendered in pursuit of the rights claimed in Count IV. Although para. 8 of the Thollander affidavit suggests that 57.25 hours were dedicated to this Count, it more arbitrarily states that it is an application of the "applicable hours for the entire matter, divided by 4". The law is clear that this is not and cannot be a basis for the awarding of attorney's fees.

In the seminal case of Kaiser v. MPR American Properties, Inc., 164 Ill.App.3d 978, 983, the Court stated that it is in the discretion of a court to determine what reasonable fees to grant on a petition for attorney's fees. The party seeking such fees bears the burden of presenting sufficient evidence to assist the court in rendering its decision. Kaiser, id @ 983. In so doing, the court should award reasonable fees, for reasonable services. See Kaiser, supra @ pg. 983. However, awarding twenty-five (25%) percent of billings, cannot be construed as a court's analysis, examination or review of the fees requested. This is what appears to have occurred, in this instance.

In a petition for fees, the Court in Kaiser, supra @ pg. 984, stated that the following factors should be considered:

> ...the skill and standing of the attorneys, the nature of the case, the novelty and/or difficulty of the issues and work involved, the importance of the matter, the degree of responsibility required, the usual and customary charges for comparable services, the benefit to the client (*Ashby v. Price* (1983), 112 Ill.App.3d 114, 445 N.E.2d 438), and whether there is a reasonable connection between the fees and the amount involved in the litigation.

In this instance, almost none of the discovery, depositions or related actions have pertained to the issues in Count IV. The majority of the services provided by PENA's counsel in this cause, were in pursuit of the recently dismissed claims of a RICO violation contained in Count I. Attorneys should receive their fair and reasonable compensation for services, but not a blanket payment, based on a division table. See In Re Estate of Halas, 159 Ill.App.3d 818, 831. A review of the hours claimed by Thollander, in his original affidavit are revealing (see Exhibit J, attached, and Defendant's Exhibit A, a copy of which is attached hereto).

4

Defendant's Exhibit A is its analysis and compilation of the hours that might be legitimately applied and/or assessed as to Count IV. It totals $3,496.75. Even if you double this estimate ($7,000.00), it still is almost $4,500.00 less than the amount(s) asserted by counsel in his motion and assessed by this the Court as an award of fees from Count IV. A&C would readily admit that there is no scientific method to allocate counsel's time as it relates to this Count of the Complaint. However, a basic review of the issues are a clear indication of certain facts. Most of the efforts and counsel's time in this case related to Count I. Conceivably, this encompassed as much as, if not more than, seventy-five (75%) percent of the energies and billable time allocated in this cause. Irrespective, it is clear that the "boiler plate" analysis by Thollander and the "thinsulate" review by the Court, have caused an inequity against A&C in the assessment of fees. Therefore, this Court should carefully reconsider its decision relating to both the fees and costs allocated to the judgment(s) entered respective to Count IV.

## CONCLUSION

For the reasons stated above, Defendant, A&C LANDSCAPING, INC., requests this Court reconsider its decision and award of fees and costs as to Count IV, to the Plaintiff, PETER PENA.

Respectfully submitted.

A&C LANDSCAPING, INC.; EARTH, INC.;
THOMAS KANZLER; GEORGE KANZLER;
JAMES SNIDER and BRUCE LARSON

By: _____
Thomas J. Laz, Attorney for Defendants

Thomas J. Laz
Attorney for Defendants
810 N. Arlington Heights Road
Itasca, IL 60143
(630) 285-9800 Ext. 34

5

## Defendant's Analysis of the Thollander Affidavit

| Date | Service Rendered | Time | Total | Apportioned by Defendant to Count IV |
|------|------------------|------|-------|--------------------------------------|
| 4/20/05 | Client meeting. | 1.5 @ 200 | $300.00 | 25% |
| 4/26/05 | Client meeting; letter to A&C. | 1.25 @ 200 | $250.00 | 25% |
| 4/28/05 | Revised Earth correspondence; TC w/client; client meeting. | 1.5 @ 200 | $300.00 | 25% |
| 7/9/05 | Letter to Dave Laz. | .25 @ 200 | $50.00 | 25% |
| 7/26/05 | TC with Dave Laz. | .25 @ 200 | $50.00 | 25% |
| 7/28/05 | Client meeting. | .75 @ 200 | $150.00 | 25% |
| 8/10/05 | TC with client. | .25 @ 200 | $50.00 | 25% |
| | | | $1150.00 25% = $287.50 (a) | |
| 5/3/05 | Research re: retaliatory discharge. | 4.5 @ 95 | $427.50 | 100% |
| 5/5/05 | Draft Complaint. | 2.5 @ 95 | $237.50 | 25% |
| 5/10/05 | Revised complaint. | 1 @ 200 | $200.00 | 25% |
| 5/12/05 | Review revised complaint. | 1 @185 | $185.00 | 25% |
| 5/13/05 | Revised complaint. | 1 @ 200 | $200.00 | 25% |
| 5/26/05 | Revised complaint. | 1.5 @ 200 | $300.00 | 25% |
| 5/28/05 | Revised complaint. | 3 @ 200 | $600.00 | 25% |
| 5/30/05 | Revised complaint; meeting/client. | 4.5 @ 200 | $850.00 | 25% |
| 6/2/05 | Revised complaint. | .80 @ 90 | $72.00 | 25% |
| 6/6/05 | Revised complaint. | .75 @ 200 | $150.00 | 25% |
| 8/18/05 | Appearance in Court. | 2.8 @ 200 | $560.00 | 25% |



EXHIBIT
A

| Date | Service Rendered | Time | Total | Apportioned by Defendant to Count IV |
|------|------------------|------|-------|--------------------------------------|
| 5/8/06 | Deposition - Peter Pena. | 4 @ 225 | $900.00 | 10% |
| 5/16/06 | Analysis of deposition transcript. | 1.5 @ 225 | $337.50 | 25% |
| 5/16/06 | Deposition of Peter Pena. | 4.5 @225 | $1,012.50 | 10% |
| | | Total............$3,692.00 | | |
| | | 100% = | $   427.50 | |
| | | 10% = | $     90.00 | |
| | | 10% = | $   101.25 | |
| | | 25% = | $   923.00 | |
| | | = | $1,541.75  (b) | |
| 8/31/06 | Appearance in Court. | 2.5 @ 225 | $562.50 | 25% |
| 9/10/06 | Preparation of written discovery. | 2 @ 225 | $450.00 | 25% |
| 1/4/07 | Appearance in Court. | 1.50 @ 225 | $337.50 | 25% |
| 3/8/07 | Appearance in Court. | 3 @ 225 | $675.00 | 25% |
| 4/27/07 | Appearance in Court. | 2.30 @250 | $312.50 | 25% |
| 6/3/07 | Prepare 26(a) disclosures. | 1 @ 250 | $250.00 | 25% |
| 6/15/07 | Appearance in Court. | 3 @ 250 | $750.00 | 25% |
| 12/19/07 | Conference with co-counsel; Motion for summary judgment. | 1.33 @250 | $332.50 | 25% |
| 12/28/07 | Preparation/Memo of Law. | 2 @ 175 | $350.00 | 25% |
| 12/30/07 | Preparation/Memo of Law. | 2.5 @ 250 | $625.00 | 25% |
| 1/2/08 | Revisions to Memo of Law. | 3 @ 250 | $525.00 | 25% |

| 1/5/08 | Revisions and finalization of Memo of Law. | 6 @ 250 | $1.500.00 | 25% |
|--------|----|----|----|----|

Total……….. $6670.00

25% = $1,667.50 (c)

(a), (b) and (c) = $3,496.75

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| PETER PENA, | ) | | |
|       **Plaintiff,** | ) | | |
| | ) | | |
| v. | ) | No. | 05 C 3571 |
| | ) | | |
| A & C LANDSCAPING, INC., an | ) | | |
| Illinois Corporation; EARTH, INC, | ) | | |
| and Illinois Corporation; | ) | | |
| THOMAS KANZLER, individually; | ) | | |
| GEORGE KANZLER, individually; | ) | | |
| JAMES SNYDER, individually, and | ) | | |
| BRUCE LARSON, individually, | ) | | |
| | ) | | |
|       **Defendants.** | ) | | |

### AFFIDAVIT IN SUPPORT OF ATTORNEYS' FEES

David C. Thollander, being duly sworn on his oath, deposes and states as follows:

1.    I am an attorney duly licensed to practice law in the State of Illinois and am currently the principal of The Thollander Law Firm, Ltd. and counsel of record for the Plaintiff. If called as a witness, I could competently testify as to the matters herein set forth. This Affidavit is executed in support of Plaintiff's request for an award of attorney's fees pursuant to Plaintiff's recovery under Count IV of the Complaint.

2.    I have personal responsibility for and have performed a vast majority of the services rendered as hereinafter set forth

3    During the course of the proceedings, I and other members of my firm have performed a variety of services in connection with the prosecution of this action against the Defendants  The activities involved preparation and drafting of a complaint;





Unfiled Notes Page 2

drafting and presenting motions; client meetings, preparation of written discovery; preparation for and attendance at depositions; research; review of various papers and pleadings prepared and drafted; attendance at court hearings, and the preparation for and presentation of a motion for summary judgment.

4.    From April 30, 2005, through January 5, 2008, Mary Burda and David C. Thollander, licensed attorneys in the State of Illinois expended 178.11 hours in prosecuting the present matter against the Defendants. Ms. Burda's present hourly rate is $175.00 and David C. Thollander's present hourly rate is $250.00. In the past, Mr. Thollander's hourly rate was $200.00 and $225.00. Of those hours expended, 57.525 hours (applicable hours for the entire matter divided by 4, plus hours specifically dedicated to Count IV) were specifically dedicated to pursuing collection under Count IV Said hourly rate and time spent are reasonable.

5.    The attached invoices consist of an itemization of the time from computerized records maintained by my law firm. Those services were rendered and performed by the attorneys of this firm on the dates set forth therein and services rendered as described thereunder The information set forth on the attachments as to the description of the services is based on the personal knowledge of Affiant and other members of my firm at the times and correctly reflect what services were performed on behalf of Plaintiff and reasonably related to Count IV. Also included is an itemization of the costs incurred by Plaintiff which are reasonably related to Count IV.

6.    The time set forth in the attachment is recorded by all members by preparing a daily time sheet. Such time sheets are prepared in the ordinary course of my law firm's business during the course of a workday. The time is entered by those

2



members performing the tasks immediately after the task. Generally, within 24 hours of the completion of the daily time sheet, such information is input into my firm's computer billing system and an invoice normally prepared from those records is generated at the end of each month.

7. The hourly rates for all the members of my firm who have performed services are set forth on the attachments. Those rates are the normal hourly rates charged by myself and members of my firm to Plaintiff and are consistent with hourly rates charged by other law firms in the Chicagoland area. Based on my experience as an attorney in cases similar to this one, the legal fees and costs incurred herein and charged to Plaintiff in this matter are both reasonable and necessary, and they are customary for performance of similar types of tasks in the Chicagoland legal community. The representation of Plaintiff by myself and members of my firm involved extensive work due to the allegations contained in the Complaint, the complexity of the proceedings and the unique nature of the dispute.

8. The total number of hours dedicated to Count IV is 57.525 (40.195 @$200.00/hr. plus those hrs (17.33) set forth in the invoices from December 19, 2007, through January 6, 2008,) were related to the pursuit of Count IV, which totals $11,959.00

9. In addition to the above, Plaintiff has incurred costs of $2,561.13 representing the following.

| Filing Fees | $250.00 |
| Deposition transcripts and fees | $1,174.50 |
| Travel expenses | $601.63 |
| Miscellaneous (duplication and clerk fees | $535.00 |
| Federal Express charges, on-line research charges, etc.) | |

3



10.  Affiant requests payment of $14,520.13.

Affiant sayeth further naught.

/s/ David C. Thollander
David C. Thollander

The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
Fax  (630) 971-9240 (Fax service expressly declined)
ARDC Number 6202012

4



Unfiled Notes Page 5

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 4/30/2005 | 4183 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.peua
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 4/19/2005 | Research re: corporate information for Earth, Inc and A&C Landscaping; conference with attorney | 0.85 | 200.00 | 170.00 |
| 4/20/2005 | Client meeting | 1.5 | 200.00 | 300.00 |
| 4/20/2005 | Conference with co-counsel re: causes of action and background | 0.3 | 0.00 | 0.00 |
| 4/21/2005 | Conference with ~~co-counsel re: action investigation~~ | | 0.00 | 0.00 |
| 4/26/2005 | Client meeting; correspondence to A&C Landscaping | 1.25 | 200.00 | 250.00 |
| 4/28/2005 | Revised Earth, Inc. correspondence; telephone conference with client, client meeting | 1.5 | 200.00 | 300.00 |
| 4/29/2005 | Correspondence to client | 0.3 | 0.00 | 0.00 |

Kindly remit payment upon receipt and indicate the Control Number, found above, on your remittance.

| Balance Due | $1,020.00 |
|-------------|-----------|



Unfiled Notes Page 6

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

|  | Date | Invoice # |
|---|---|---|
|  | 5/31/2005 | 4321 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/3/2005 | Research re: retaliatory discharge and wage payment act | 4.5 | 95.00 | 427.50 |
| 5/5/2005 | Draft Complaint; telephone conference with client | 2.5 | 95.00 | 237.50 |
| 5/8/2005 | Research re: civil cases of action | 3.2 | 95.00 | 304.00 |
| 5/10/2005 | Revised Complaint | 1 | 200.00 | 200.00 |
| 5/10/2005 | Telephone call to and from client re: unemployment | 0.25 | 200.00 | 50.00 |
| 5/11/2005 | Telephone call from ████ re: lawsuit; and leave a message re: court | 0.25 | 200.00 | 50.00 |
| 5/12/2005 | Reviewed and revised Complaint | 1 | 185.00 | 185.00 |
| 5/12/2005 | Revised Complaint; research re: claims | 5 | 95.00 | 475.00 |
| 5/13/2005 | Client meeting re: ████████ with ████████ re: ████ | 1.2 | ███ | ████ |
| 5/13/2005 | Analysis of file and log correspondence; revised Complaint | 1 | 200.00 | 200.00 |
| 5/13/2005 | Conference with client | 0.15 | 200.00 | 30.00 |
| 5/17/2005 | Telephone call from client | 0.06 | 200.00 | 12.00 |
| 5/25/2005 | Conference with attorney re: Westlaw research | 0.3 | 90.00 | 27.00 |
| 5/26/2005 | Revised Complaint | 1.5 | 200.00 | 300.00 |
| 5/28/2005 | Revised Complaint | 3 | 200.00 | 600.00 |
| 5/30/2005 | Revised Complaint; client meeting | 4.25 | 200.00 | 850.00 |

**Kindly remit payment upon receipt and indicate the Control Number, found above, on your remittance.**

| **Balance Due** | **$4,188.50** |
|---|---|



## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 6/30/2005 | 4523 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL  60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/2/2005 | Reviewed and revised Complaint | 0.8 | 90.00 | 72.00 |
| 6/6/2005 | Revised Complaint | 0.75 | 200.00 | 150.00 |
| 6/17/2005 | Conference with Paralegal re. Service of Process | 0.06 | 200.00 | 12.00 |
| 6/20/2005 | Revised complaint; preparation of summons etc; telephone conference with client | 1 | 200.00 | 200.00 |
| 6/20/2005 | Filing of complaint | 0.75 | 200.00 | 150.00 |
| 6/21/2005 | Tele~~phone call from Husband/Co-Counsel~~ | ~~0.25~~ | ~~200.00~~ | ~~50.00~~ |
| 6/22/2005 | Telephone call to and from client | 0.15 | 200.00 | 30.00 |
| 6/23/2005 | Client meeting | 0.8 | 200.00 | 160.00 |
| 6/23/2005 | Telephone call from P.I. re: service | 0.25 | 200.00 | 50.00 |
| 6/23/2005 | Telephone call from P.I. re: service | 0.25 | 200.00 | 50.00 |
| 6/28/2005 | Telephone call from P.I. re: service | 0.25 | 200.00 | 50.00 |
| 6/29/2005 | Telephone conference with Pete re: status | 0.15 | 200.00 | 30.00 |
| | | | | |
| 6/15/2005 | On-Line Research Costs | | 75.00 | 75.00 |
| 6/15/2005 | On-Line Research Costs | | 75.00 | 75.00 |
| | Total Reimbursable Expenses | | | 150.00 |
| 6/20/2005 | U S District Court Fees | | 250.00 | 250.00 |

| Balance Due | $1,404.00 |
|---|---|



Unfiled Notes Page 8

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

|  | Date | Invoice # |
|---|---|---|
|  | 7/31/2005 | 4575 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL  60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/8/2005 | Telephone call to and from Private Investigation re: Service of Process | 0.25 | 200.00 | 50.00 |
| 7/8/2005 | Telephone call from Private Investigation re: Service of Process | 0.25 | 200.00 | 50.00 |
| 7/9/2005 | Telephone conference with client; correspondence to Dave Las | 0.25 | 200.00 | 50.00 |
| 7/12/2005 | Correspondence to clerk re: summons | 0.4 | 85.00 | 34.00 |
| 7/13/2005 | Correspondence to clerk re: summons | 0.4 | 85.00 | 34.00 |
| 7/15/2005 | Telephone call from PI re: service | 0.25 | 200.00 | 50.00 |
| 7/26/2005 | Telephone call to and from D. Las | 0.25 | 200.00 | 50.00 |
| 7/27/2005 | Telephone call to and from client | 0.06 | 200.00 | 12.00 |
| 7/28/2005 | Client meeting | 0.75 | 200.00 | 150.00 |
| 7/15/2005 | Federal Express Fees |  | 14.89 | 14.89 |
| 7/15/2005 | Service of Process |  | 95.00 | 95.00 |
|  | Total Reimbursable Expenses |  |  | 109.89 |
| 7/29/2005 | Service of Process |  | 190.00 | 190.00 |

**Kindly remit payment upon receipt and indicate the Control Number, found above, on your remittance.**

| **Balance Due** | **$779.89** |
|---|---|



Unfiled Notes Page 9

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, Il, 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 4651 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL. 60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 8/1/2005 | Telephone call to and from client re: status; telephone conference with P.I. re. Service of Process (July 29, 2005) | 0.25 | 200.00 | 50.00 |
| 8/1/2005 | Reviewed file; draft Motion for default (July 29, 2005) | 0.4 | 90.00 | 36.00 |
| 8/8/2005 | Reviewed Motion for Default | 0.1 | 90.00 | 9.00 |
| 8/9/2005 | Preparation of Motion for Default; telephone conference with clerk's office | 1.25 | 200.00 | 250.00 |
| 8/10/2005 | Telephone conference with client | 0.25 | 200.00 | 50.00 |
| 8/15/2005 | Conference with Paralegal and potential witness | 0.25 | 200.00 | 50.00 |
| 8/17/2005 | Telephone call to and from Pete | 0.15 | 200.00 | 30.00 |
| 8/18/2005 | Appearance in Court/Hearing | 2.8 | 200.00 | 560.00 |
| 8/22/2005 | Analysis of Defendant's Motion to Dismiss | 0.25 | 200.00 | 50.00 |
| 8/22/2005 | Telephone conference with Pete; reviewed file | 0.25 | 200.00 | 50.00 |
| 8/23/2005 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $1,186.00 |
|-------------|-----------|



Unfiled Notes Page 10

**The Thollander Law Firm**

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 10/31/2005 | 4958 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 10/19/2005 | Reviewed reply to defendant's response | 0.3 | 185.00 | 55.50 |
| 10/10/2005 | Telephone conference to and from Pete Pena | 0.15 | 200.00 | 30.00 |
| 10/11/2005 | Telephone conference with client re. Rescheduling of hearing | 0.25 | 200.00 | 50.00 |
| 10/18/2005 | Preparation of Reply | 1.5 | 200.00 | 300.00 |
| 10/19/2005 | Revisions to Reply | 1.25 | 200.00 | 250.00 |
| 10/31/2005 | Telephone conference with Pete; analysis of file | 0.5 | 200.00 | 100.00 |
| 10/31/2005 | Filing fee | | | 30.00 |

| Balance Due | $815.50 |
|-------------|---------|



## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 1/31/2006 | 5384 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 1/18/2006 | Appearance in Court/Hearing | 0.5 | 200.00 | 100.00 |
| 1/18/2006 | Telephone conference to Pete; correspondence to Laz | 0.25 | 200.00 | 50.00 |
| 1/27/2006 | Client meeting | 0.06 | 200.00 | 12.00 |

| **Balance Due** | $162.00 |
|-----------------|---------|



Unfiled Notes Page 12

## The ThoBander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 2/28/2006 | 5450 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

**Control Number**
3764.peoa
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 2/5/2006 | Correspondence to Laz | 0.15 | 200.00 | 30.00 |
| 2/20/2006 | Telephone conference to Eric Ferliger; from Eric Ferliger | 0.25 | 200.00 | 50.00 |
| 2/22/2006 | Client meeting | 1 | 200.00 | 200.00 |
| 2/22/2006 | Correspondence to Ferliger | 0.25 | 200.00 | 50.00 |

| | |
|---|---|
| **Balance Due** | **$330.00** |



Unfiled Notes Page 13

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 3/31/2006 | 5550 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 3/1/2006 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬el | ▬▬ | ▬▬▬▬▬ | ▬▬▬▬▬ |
| 3/2/2006 | Telephone conference with client | 0.5 | 225.00 | 112.50 |
| 3/13/2006 | Appearance in Court/Hearing | 3 | 225.00 | 675.00 |
| 3/13/2006 | Parking | | 14.00 | 14.00 |
| 3/13/2006 | Tolls 2 | 2 | 0.40 | 0.80 |
| 3/13/2006 | Travel: 54 | 54 | 0.485 | 26.19 |
| 3/16/2006 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | | |
| 3/29/2006 | Telephone call to Eric Ferlinger, correspondence to Ferlinger; Preparation of Notice of Deposition | 0.5 | 225.00 | 112.50 |

| Balance Due | $1,559.74 |
|-------------|-----------|



Unfiled Notes Page 14

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 4/30/2006 | 5684 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 4/3/2006 | Telephone call to and from Ferlinger | 0.25 | 225.00 | 56.25 |
| 4/3/2006 | Telephone call to and from Defense Counsel | 0.25 | 225.00 | 56.25 |
| 4/3/2006 | Telephone call to and from Ferlinger | 0.5 | 225.00 | 112.50 |
| 4/4/2006 | Preparation of Motion for Additional Time | 1 | 225.00 | 225.00 |
| 4/10/2006 | Telephone call from Pete; call to Dept of Labor | 0.25 | 225.00 | 56.25 |
| 4/20/2006 | Preparation of Amended Notice of Deposition | 0.15 | 225.00 | 33.75 |
| 4/20/2006 | Telephone call to and from Pete | 0 15 | 225.00 | 33.75 |
| 4/21/2006 | Client meeting | 1 75 | 225.00 | 393 75 |

| | |
|---|---|
| **Balance Due** | **$967.50** |



### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 5/31/2006 | 5830 |

Mr. Pete Pena
226 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/8/2006 | Deposition | 4 | 225.00 | 900.00 |
| 5/8/2006 | Client meeting | 1.5 | 225.00 | 337.50 |
| 5/16/2006 | Analysis of Deposition transcript | 1.5 | 225.00 | 337.50 |
| 5/16/2006 | Deposition of P Pena; client meeting | 4.5 | 225.00 | 1,012.50 |
| 5/25/2006 | Revised Notice of Deposition | 0.25 | 225.00 | 56.25 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $2,643.75 |
|---|---|



Unfiled Notes Page 16

### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 6/30/2006 | 6503 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL  60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/16/2006 | ~~Telephone call from Pete re: Depo date and fee~~ | | | |
| 6/15/2006 | Deposition Transcripts | | 553.65 | 553.65 |

**Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.**

| **Balance Due** | **$609.90** |
|---|---|



Unfiled Notes Page 17

## The Tholiander Law Firm
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 7/31/2006 | 6586 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/16/2006 | Preparation of George Kanzler's Deposition | 1 | 225.00 | 225.00 |
| 7/17/2006 | Preparation of Deposition for George Kanzler | 2 | 225.00 | 450.00 |
| 7/17/2006 | Deposition of George Kanzler | 2.5 | 225.00 | 562.50 |
| 7/17/2006 | Conference with co-counsel re Deposition | 0.4 | 195.00 | 78.00 |

**Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.**

| Balance Due | $1,315.50 |
|---|---|



Unfiled Notes Page 18

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| Date | Invoice # |
|------|-----------|
| 8/31/2006 | 6645 |

Mr Pete Pena
226 Carnation Court
Huffman Estates, IL  60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 7/27/2006 | Appearance in Court/Hearing | 2.7 | 195.00 | 526.50 |
| 8/1/2006 | Revisions and replication of Subpoena | 1.5 | 225.00 | 337.50 |
| 8/8/2006 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ | ▓ |
| 8/9/2006 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓▓▓▓ | ▓ |
|  | Status;telephonic conference with Pete |  |  |  |
| 8/29/2006 | Preparation of Discovery Responses | 1 | 225.00 | 225.00 |
| 8/1/2006 | ▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓0 |
| 8/1/2006 | ▓▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓0 |
| 8/17/2006 | ▓▓▓▓▓ | | | ▓▓▓0 |
| 8/16/2006 | Mileage, Parking and Tolls | | 67.09 | 67.09 |
|  | Total Reimbursable Expenses | | | 192.09 |
| 8/31/2006 | Appearance in Court/Hearing | 2.5 | 225.00 | 562.50 |
| 8/31/2006 | Parking | | 21.00 | 21.00 |
| 8/31/2006 | Tolls | 2 | 0.40 | 0.80 |
| 8/31/2006 | Travel | 52 | 0.485 | 25.22 |
| 8/31/2006 | Deposition Fee | | 588.90 | 588.90 |

**Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.**

| **Balance Due** | **$2,648.26** |
|-----------------|---------------|



Unfiled Notes Page 19

### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 9/30/2006 | 6805 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/10/2006 | Preparation of Written Discovery | 2 | 225.00 | 450.00 |
| 9/11/2006 | Review Discovery Requests | 0.4 | 195.00 | 78.00 |
| 9/13/2006 | | | | |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $584.25 |
|---|---|



Unfiled Notes Page 20

**The Thollander Law Firm**

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

|  | Date | Invoice # |
|---|---|---|
|  | 11/30/2006 | 7165 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
7764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/7/2006 | Appearance in Court/Hearing | 0.5 | 225.00 | 112.50 |
| 11/16/2006 | Telephone conference with Pete re. status | 0.15 | 225.00 | 33.75 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| **Balance Due** | **$146.25** |
|---|---|



Unfiled Notes Page 21

## The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 12/18/2006 | 7243 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/15/2006 | Appearance in Court/Hearing | 1 | 225.00 | 225.00 |
| 12/17/2006 | | | | |
| 12/28/2006 | Appearance in Court/Hearing | 1.5 | 225.00 | 337.50 |
| 12/28/2006 | Parking | | 16.00 | 16.00 |
| 12/28/2006 | Travel: | 52 | 0.485 | 25.22 |
| 12/28/2006 | Tolls: | 2 | 0.40 | 0.80 |
| 12/28/2006 | Conference with attorney Tom Laz | 0.25 | 225.00 | 56.25 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| **Balance Due** | **$885.77** |
|---|---|



Unfiled Notes Page 22

### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 1/31/2007 | 7339 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/4/2007 | Appearance in Court/Hearing | 1.5 | 225.00 | 337.50 |
| 1/4/2007 | Mileage: 26 @ .485/mile | | 12.61 | 12.61 |
| 1/4/2007 | Parking | | 13.00 | 13.00 |
| 1/4/2007 | Tolls· 1 @ .40 | | 0.40 | 0.40 |
| | Total Reimbursable Expenses | | | 26.01 |

**Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.**

| **Balance Due** | **$363.51** |
|---|---|



### The Tholiander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 2/28/2007 | 7465 |

Mr Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764 pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/6/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 2/11/2007 | Preparation of Response to Defendant's Motion to Dismiss | 2 | 225.00 | 450.00 |
| 2/12/2007 | Revised Response to Defendant's Motion to Dismiss | 1 | 225.00 | 225.00 |
| 2/15/2007 | Appearance in Court/Hearing | 3 | 225.00 | 675.00 |
| 2/19/2007 | Telephone conference re' Lemon Issues | 0 15 | 225.00 | 33.75 |
| 2/15/2007 | Mileage 52 miles @ .485/mile | | 25.22 | 25.22 |
| 2/15/2007 | Parking | | 10.00 | 10.00 |
| 2/15/2007 | 2 Tolls @ .40 each | | 0.80 | 0.80 |
| 2/28/2007 | Federal Express Fees | | 16.02 | 16.02 |
| | Total Reimbursable Expenses | | | 52.04 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $1,492.04 |
|---|---|



### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

|  | Date | Invoice # |
|---|---|---|
|  | 3/31/2007 | 7624 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL  60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/8/2007 | Appearance in Court/Hearing | 3 | 225.00 | · 675.00 |
| 3/17/2007 | Preparation of Motion for Default | 0.75 | 225.00 | 168.75 |
| 3/28/2007 | Telephone call from and to defense counsel | 0.25 | 250.00 | 62.50 |
| 3/8/2007 | Mileage: 52 miles @ .485/mile |  | 25.22 | 25.22 |
| 3/8/2007 | Parking |  | 16.00 | 16.00 |
| 3/8/2007 | Tolls, 2 @ .40 each |  | 0.80 | 0.80 |
|  | Total Reimbursable Expenses |  |  | 42.02 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $948.27 |
|---|---|



Unfiled Notes Page 25

### The Thollander Law Firm

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

| | Date | Invoice # |
|---|---|---|
| | 5/1/2007 | 7682 |

Mr. Pete Pena
220 Carnation Court
Hoffman Estates, IL 60195

Control Number
3764.pena
Employment
Discrimination

| Date | Professional Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/9/2007 | Preparation of Reply to Affirmative Defenses | 0.33 | 250.00 | 82.50 |
| 4/12/2007 | Appearance in Court/Hearing | 1 | 250.00 | 250.00 |
| 4/24/2007 | Correspondence to Tom ; client meeting | 1.25 | 250.00 | 312.50 |
| 4/27/2007 | Appearance in Court/Hearing | 2.33 | 250.00 | 582.50 |
| 4/27/2007 | Parking | 1 | 16.00 | 16.00 |
| 4/27/2007 | Tolls: | 2 | 0.40 | 0.80 |
| 4/27/2007 | Travel: | 52 | 0.485 | 25.22 |
| 4/30/2007 | Telephone conference with Pete | 0.15 | 250.00 | 37.50 |
| 5/2/2007 | ██████████████████████ Earth INC. | | ████ | ████ |
| 5/3/2007 | Appearance in Court/Hearing | 3 | 250.00 | 750.00 |
| 5/9/2007 | Preparation of Affidavit in Support of Fee Award | 0.5 | 250.00 | 125.00 |
| 5/10/2007 | Appearance in Court/Hearing | 3 | 250.00 | 750.00 |
| 5/20/2007 | Preparation of Motion to Bar | 1 | 250.00 | 250.00 |
| 6/1/2007 | Preparation of Rule 26(a) Disclosures | 0.5 | 250.00 | 125.00 |
| 5/3/2007 | 52 Miles @ .485 | | 25.22 | 25.22 |
| 5/3/2007 | Parking | | 16.00 | 16.00 |
| 5/3/2007 | 2 Tolls @ .40 each | | 0.80 | 0.80 |
| 5/10/2007 | 52 Miles @ .485 | | 25.22 | 25.22 |
| 5/10/2007 | Parking | | 19.00 | 19.00 |
| 5/10/2007 | 2 Tolls @ .40 each | | 0.80 | 0.80 |
| | Total Reimbursable Expenses | | | 87.04 |

Kindly remit payment upon receipt and indicate the Control Number,
found above, on your remittance.

| Balance Due | $3,471.06 |
|---|---|



Unfiled Notes Page 26

**The Thollander Law Firm, Ltd.**
1048 Odgen Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pena
P.O. Box 292
Streamwood, IL 60107

Date

1/31/2008

| Client No | Amount Due | Amount Encl. |
|---|---|---|
| ▃▃▃▃▃ | $▃▃▃▃ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/30/2001 | Balance forward | | 0.00 |
| 12/31/2006 | ▃▃▃▃▃▃▃▃▃▃ | ▃▃▃▃ | ▃▃▃▃ |
| 01/04/2007 | ▃▃▃▃▃ appearance in Court/Hearing | ▃▃▃ | ▃▃▃ |
| 01/04/2007 | File 3764.pena:Mileage | ▃▃▃ | ▃▃▃ |
| 01/04/2007 | File 3764.pena:Parking | ▃▃▃ | ▃▃▃ |
| 01/04/2007 | ▃▃▃▃▃▃▃▃ | ▃▃▃ | ▃▃▃ |
| 01/24/2007 | File 3902.pena:Client meeting | ▃▃▃▃ | ▃▃▃ |
| 01/24/2007 | File 3902.pena:Telephone conference with client | 0.00 | ▃▃▃ |
| 01/24/2007 | ▃▃▃▃▃▃ | ▃▃▃ | ▃▃▃ |
| 02/06/2007 | ▃▃▃▃▃▃▃▃▃▃ | 42.26 | ▃▃▃ |
| 02/11/2007 | File 3764.pena:Preparation of Response to Defendant's Motion to Dismiss  (2hr) | 450.00 | ▃▃▃ |
| 02/12/2007 | ▃▃▃▃▃▃▃▃▃ | ▃▃▃ | ▃▃▃ |
| 02/12/2007 | File 3764.pena:Revised Response to Defendant's Motion to Dismiss  (1) | 225.00 | ▃▃▃ |
| 02/15/2007 | File 3764.pena:Appearance in Court/Hearing (3) | 675.00 | ▃▃▃ |
| 02/15/2007 | File 3764.pena:Mileage | 25.22 | ▃▃▃ |
| 02/15/2007 | File 3764.pena:Parking | 10.00 | ▃▃▃ |
| 02/15/2007 | File 3764.pena:Tolls | 0.80 | ▃▃▃ |
| 02/19/2007 | File 3764.pena:Telephone conference ▃▃▃ | ▃▃▃ | ▃▃▃ |
| 02/28/2007 | File 3764.pena:Federal Express Fees | 16.02 | ▃▃▃ |
| 03/08/2007 | File 3764.pena:Appearance in Court/Hearing (3) | 675.00 | ▃▃▃ |
| 03/08/2007 | File 3764.pena:Mileage | 25.22 | ▃▃▃ |
| 03/08/2007 | File 3764.pena:Parking | 16.00 | ▃▃▃ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▃▃▃▃ | 0.00 | ▃▃▃ | ▃▃▃ | ▃▃▃ | ▃▃▃ |

Page 1



Unfiled Notes Page 27

**The Thollander Law Firm, Ltd.**
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pona
P.O. Box 292
Streamwood, IL 60107

Date

1/31/2008

| Client No | Amount Due | Amount Encl. |
|-----------|-----------|--------------|
| ▬▬▬▬ | ▬▬▬ | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 03/08/2007 | File 3764 pena:Tolls | 0.80 | ▬▬▬ |
| 03/17/2007 | File 3764 pena:Preparation of Motion for Default (.25) | 168.75 | ▬▬▬ |
| 03/28/2007 | File 3764 pena Telephone call from and to defense .25 counsel | 62.50 | ▬▬▬ |
| 06/03/2007 | Preparation of 26a Disclosures (1 hr) | 250.00 | ▬▬▬ |
| 06/15/2007 | Appearance in Court (3) | 750.00 | ▬▬▬ |
| 06/15/2007 | Tolls: 2 tolls @ .40 each | 0.80 | ▬▬▬ |
| 06/15/2007 | Mileage: 52 Miles @ .485/mile | 25.22 | ▬▬▬ |
| 06/15/2007 | Parking | 18.00 | ▬▬▬ |
| 06/16/2007 | Telephone conference with Pete (.25) | 62.50 | ▬▬▬ |
| 07/27/2007 | (File 3746) Court Hearing | 250.00 | ▬▬▬ |
| 08/10/2007 | (File 3764) Appearance in Court/Hearing (2) | 500.00 | ▬▬▬ |
| 08/10/2007 | Mileage: 52 miles @ .485/mile | 25.22 | ▬▬▬ |
| 08/10/2007 | Tolls: 2 @ .40 each | 0.80 | ▬▬▬ |
| 08/10/2007 | Parking | 19.00 | ▬▬▬ |
| 08/26/2007 | (File 3764) Preparation of Notice of Depositions (1) | 250.00 | ▬▬▬ |
| 08/27/2007 | Preparation of Discovery | 250.00 | ▬▬▬ |
| 09/04/2007 | Subpoena▬▬▬ | ▬▬▬ | ▬▬▬ |
| 09/10/2007 | Correspondence to Berleger (.25) | 62.50 | ▬▬▬ |
| 09/11/2007 | ▬▬▬ ▬▬▬ | ▬▬▬ | ▬▬▬ |
| 09/12/2007 | Preparation of Subpoenas for Union and ▬▬▬ | 250.00 | 21,088.19 |
| 09/12/2007 | Subpoena fee | 60.00 | 21,▬▬▬ |
| 09/12/2007 | Subpoena Fee | 50.00 | 21,▬▬▬ |
| 09/14/2007 | ▬▬▬ ▬▬▬ | 62.50 | 21,▬▬▬ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------|---------|---------|---------|---------|
| 10,290.00 | 0.00 | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |

Page 2



Unfiled Notes Page 28

**The Thollander Law Firm, Ltd.**
1048 Odgen Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pena
P.O. Box 292
Streamwood, IL 60107

Date

1/31/2008

| | Client No. | Amount Due | Amount Encl. |
|---|---|---|---|
| | ▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/14/2007 | FedEx | 11.23 | ▇▇▇▇▇ |
| 09/17/2007 | Client Meeting ( 2 ) | 500.00 | ▇▇▇▇▇▇ |
| 09/19/2007 | Correspondence to Ferlenger | 37.50 | ▇▇▇▇▇ |
| 09/20/2007 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ and Ferlenger | ▇▇▇▇ | ▇▇▇▇▇ |
| 09/26/2007 | ▇▇▇▇▇▇▇▇▇▇ | 62.50 | ▇▇▇▇▇ |
| 09/28/2007 | FedEx | 16.60 | ▇▇▇▇▇ |
| 09/28/2007 | Paralegal Services | 250.00 | ▇▇▇▇▇ |
| 10/03/2007 | ▇▇▇▇▇▇ for ▇▇▇▇▇▇▇ Deposition (Shield) | 250.00 | ▇▇▇▇▇ |
| 10/03/2007 | ▇▇▇▇▇▇ Deposition | 250.00 | ▇▇▇▇▇ |
| 10/03/2007 | Revisions to Motion for Extension of Time ( .5 ) | 125.00 | ▇▇▇▇▇ |
| 10/03/2007 | Motion for Enlargement of Time ( 1h ) | ▗175.00 | ▇▇▇▇▇ |
| 10/04/2007 | Preparation of Written Rediscovery Responses ( 2 ) | 500.00 | ▇▇▇▇▇ |
| 10/04/2007 | Postage | 1.14 | ▇▇▇▇▇ |
| 10/15/2007 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 62.50 | ▇▇▇▇▇ |
| 10/15/2007 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 62.50 | ▇▇▇▇▇ |
| 10/15/2007 | Paralegal Services (September 28, 2007) | 50.00 | ▇▇▇▇▇ |
| 10/16/2007 | ▇▇▇▇▇▇ of David Friedman, preparation for ▇▇▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇▇ |
| 10/22/2007 | Analysis of ▇▇▇▇ documents, conference with K. ▇▇▇▇ | ▇▇▇▇ | $4,199.00 |
| 11/05/2007 | Preparation for Friedman Deposition. Part 1b (4hr) | ▇▇▇.00 | ▇▇▇▇▇ |
| 11/06/2007 | Preparation for Deposition (1.5hr) | ▇▇▇.00 | ▇▇▇▇▇ |
| 11/06/2007 | Deposition of CD. Friedman (9hr) | ▇▇▇.00 | ▇▇▇▇▇ |
| 11/07/2007 | Client Meeting (1.5hr) | ▇▇▇.00 | ▇▇▇▇▇ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,290.00 | 0.00 | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | $▇▇▇▇ |

Page 3



Unfiled Notes Page 29

**The Thollauder Law Firm, Ltd.**
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pena
P.O. Box 292
Streamwood, Il. 60107

Date

1/31/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/13/2007 | Deposition (4hr) | | |
| 11/13/2007 | Preparation for Deposition (.75hr) | | |
| 11/13/2007 | Subpoena Fees | | |
| 11/14/2007 | Preparation of Subpoenas (1.15hr) | | |
| 11/14/2007 | Subpoena Fees | | |
| 11/14/2007 | Subpoena Fees | | |
| 11/14/2007 | Subpoena Fees | | |
| 11/14/2007 | Subpoena Fees | | |
| 11/14/2007 | Transcript Fees | 457.00 | |
| 11/19/2007 | Telephone conference with Local 150 (.45hr) | | |
| 11/20/2007 | Preparation of Motion for Extension of Time (1hr) | 250.00 | |
| 11/22/2007 | every lynch... | | |
| 11/26/2007 | Preparation for Kanzler/Snyder Deposition (2hr) | 500.00 | |
| 11/27/2007 | Preparation for Deposition (2.5hr) | 625.00 | |
| 11/28/2007 | Preparation for T. Kanzler Deposition (2hr) | 500.00 | |
| 11/28/2007 | Kanzler Deposition (4hr) | 1,000.00 | |
| 11/28/2007 | Research re: Deductions (.50hr) | 87.50 | |
| 11/29/2007 | Transcript Fees | 255.00 | |
| 11/30/2007 | | | |
| 12/03/2007 | Telephone conference with local 150, telephone conference with Pete Pena (.25hr) | | |
| 12/03/2007 | | 500.00 | |
| 12/09/2007 | Preparation for Tom Kanzler's Deposition (Round II) (2hr) | 500.00 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,290.00 | 0.00 | | | | |

Page 4



Unfiled Notes Page 30

**The Thollander Law Firm, Ltd.**
1048 Odgen Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pena
P.O. Box 292
Streamwood, IL 60107

Date

1/31/2008

| | | Client No. | Amount Due | Amount Encl. |
|---|---|---|---|---|
| | | | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/10/2007 | Preparation for Deposition (2hr) | 500.00 | |
| 12/10/2007 | Deposition of T. Kanzler (2.25hr) | 562.50 | |
| 12/12/2007 | Court Hearing (2.25hr) | 562.50 | |
| 12/12/2007 | Mileage: 52 Miles @ .485 each | 25.22 | |
| 12/12/2007 | Tolls. 2 Tolls @ .40 each | 0.80 | |
| 12/12/2007 | Parking | 28.00 | |
| 12/12/2007 | Research Costs | 100.00 | |
| 12/12/2007 | Transcript Fees | 709.50 | |
| 12/12/2007 | Deposition Fees | 210.00 | |
| 12/19/2007 | Conference with Co-counsel re: Motion for Summary Judgment, preparation of Motion re MSJ (IV) (1.33hr) | 332.50 | |
| 12/19/2007 | Attorney Fees statute research with Case Law and Rule 12m Local Rule for Motion for Summary Judgement Review (2.5hr) | 437.50 | |
| 12/20/2007 | Paralegal Services | 150.00 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 10,290.00 | 0.00 | | | | |

Page 5



Unfiled Notes Page 31

### The Thollander Law Firm, Ltd.
1048 Odgen Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

Pete Pena
P O Box 292
Streamwood, IL 60107

Date

1/5/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
|  |  |  |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/20/2007 | Balance forward |  |  |
| 12/21/2007 | PMT #1660 | -532.50 |  |
| 12/28/2007 | Preparation memorandum of law (2hr.) | 350.00 |  |
| 12/30/2007 | Preparation Memorandum of Law in Support of MSJ (Count IV)(2.5hr) | 625.00 |  |
| 01/02/2008 | Revisions to Memorandum of Law in Support of MSJ, research re: same (3hr) | 525.00 |  |
| 01/05/2008 | Revisions and finalization of Memoranum of Law in Support of MSJ; analysis of deposition transcripts in support thereof (Thomas Kanzler; George Kanzler; and Pete Pena), preparation Rule 56.1 Statement; Preparation Affidavit, Exhibits and filing same (6hr) | 1,500.00 |  |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 14,290.00 |  |  |  |  |  |



Unfiled Notes Page 32