**-IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **PETER PENA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **No.** | **05 C 3571** |
| | ) | | |
| **A & C LANDSCAPING, INC., an** | ) | | |
| **Illinois Corporation;** | ) | | |
| | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

## MOTION FOR WRIT OF EXECUTION

**NOW COMES** the Plaintiff, PETER PENA (hereinafter "Plaintiff"), by and through his attorneys, The Thollander Law Firm, Ltd., and pursuant to Rule 69 of the Federal Rules of Civil Procedure respectfully requests that this Court enter a Writ of Execution for the Judgment against Defendant, A & C Landscaping, Inc. (hereinafter "Defendant"). In support hereof, Plaintiff states as follows:

1.      On June 20, 2005, Plaintiff initiated this action against. On March 31, 2009, a judgment was entered against the Defendant in the amount of $14,520.13. As of the date hereof, the judgment remains unpaid, collecting interest at 9% per annum.

2.      Plaintiff moves for a writ of execution upon this judgment and discovery to ascertain the location of Defendant's assets, to and including bank accounts, of the Defendant.

**WHEREFORE,** the Plaintiff, Peter Pena, respectfully requests that this Honorable Court enter a Writ of Execution for Judgment against Defendant A&C

Landscaping, Inc., and direct Defendant A & C Landscaping, Inc., through its officers and directors, to appear in court to be examined for the purpose of allowing Plaintiff to discover the income and assets belonging to the Defendant to satisfy the judgment against it, and for such other and further relief as this Court deems just and equitable.


Respectfully submitted,

*Peter Pena*


By:____/s/ David C. Thollander_____
        One of his Attorneys


The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
Fax: (630) 971-9240 (Fax service expressly declined)
ARDC Number 6202012