**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PETER PENA,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**A & C LANDSCAPING, INC.,** an )<br>**Illinois Corporation; EARTH, INC.,** )<br>**and Illinois Corporation;** )<br>**THOMAS KANZLER, individually;** )<br>**GEORGE KANZLER, individually;** )<br>**JAMES SNYDER, individually, and** )<br>**BRUCE LARSON, individually,** )<br>)<br>   **Defendants.** ) | No.   05 C 3571 |

**NOTICE OF MOTION AND PROOF OF SERVICE**

To:   Thomas J. Laz
     600 South Washington Street
     Suite 301
     Naperville, Illinois 60540

Please take notice that on the 30th day of September, 2010, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion to Set Pre-Trial Conference, and request a hearing thereon *instanter*.

By:   /s/ David C. Thollander
      One of Plaintiff's Attorneys

I, David C. Thollander, an attorney, hereby state that I served this Notice of Motion with the corresponding motion by electronic service through the CM/ECF on the 16th day of September 2010.

By:   /s/ David C. Thollander

The Thollander Law Firm, Ltd.
1048 Ogden Avenue, Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
Fax: (630) 971-9240 (fax service expressly declined)
ARDC Number 6202012